IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: March 21, 2012 |
| Court Reporter: Gwen Daniel | Probation: Susan Heckman |
| | Interpreter: Cathy Bahr |

_____

Criminal Action No. 12-cr-00382-WJM        *Counsel:*

UNITED STATES OF AMERICA,                  Beth Gibson
                                           Kirsten Sinclair
        Plaintiff,

v.

RODOLFO ESQUIVEL-VAQUERA,                  Matthew Golla

        Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

02:00 p.m.    Court in Session

Appearances

Oath administered to the Interpreter.

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Sentencing Statement by Ms. Gibson

Sentencing Statement by Mr. Golla

1

Government's oral motion for an additional one-level reduction in the offense level for acceptance of responsibility (by Ms. Gibson).

**ORDERED:** **There being no objection, the Government's oral motion for an additional one-level reduction in the offense level for acceptance of responsibility is GRANTED.**

**ORDERED:** **The Defendant's Motion for Below Guideline Statutory Sentence (ECF No. 22) is GRANTED.**

Court's comments

Ms. Gibson's comments

Mr. Golla's comments

**ORDERED:** **The Government's Request for a Four-Level Downward Departure From the Applicable Offense Level Under USSG § 5K3.1 (ECF No. 21) is GRANTED.**

Defendant's Allocution

> Defendant plead guilty to the sole count of the Indictment on January 9, 2013.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Rodolo Esquivel-Vaquera, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of time served.**

**The defendant's custodial sentence has been satisfied as of the date of sentencing.**

**The Court directs the Bureau of Prisons to release the defendant to the custody of the United States Immigration and Customs Enforcement as soon as practicable, but in no event later than one week from today, March 28, 2013.**

**No period of supervised release shall be imposed. The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.**

> **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**
>
> **The defendant shall pay a special assessment of $100.00, which shall be due and payable immediately.**
>
> **The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case apart from the special assessment.**

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

| | |
|---|---|
| 02:20 pm. | Court in Recess |
| | Hearing concluded |
| | Time: 20 minutes |