IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 12-cr-00382-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RODOLFO ESQUIVEL-VAQUERA,

    Defendant.

## ORDER

PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

ORDERED that Defendant Rodolfo Esquivel-Vaquera, is sentenced to TIME SERVED.

DATED: March 21, 2013

BY THE COURT:

Judge William J. Martínez
United States District Judge